### 39431. BELT v. USHER, Judge.

HALL, Judge. "The Court of Appeals has no original jurisdiction to issue a writ of mandamus to a judge of the superior court to require him to perform any act except in aid of a party bringing the case to this court by writ of error and cannot, by such a writ, compel the trial court to take any step in a case pending in that court and in which no writ of error has

been sued out or applied for." *French v. Long,* 97 Ga. App. 656 (104 SE2d 155). Accordingly, this court is without jurisdiction to grant the petition for a mandamus nisi, seeking to require the trial judge to sign a nisi directed to the Solicitor-General of Jenkins Superior Court, requiring the latter to show cause why a verdict, judgment and sentence against said petitioner is not illegal and void.

*Application for mandamus nisi denied for lack of jurisdiction.*
*Felton, C. J., and Bell, J., concur.*

DECIDED FEBRUARY 12, 1962.

Charles Inman Belt, *pro se.*